UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. CABOT SQUARE LLC,<br><br>Plaintiff,<br><br>v.<br><br>FULCRUM CAPITAL HOLDINGS LLC, MATTHEW HAMILTON, TIMOTHY HORRIGAN, FONDACO SGR S.P.A., COMPAGNIA DI SAN PAOLO, and CARAC,<br><br>Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>FULCRUM CAPITAL HOLDINGS LLC,<br><br>Defendant. | **UNDER SEAL**<br>18 CIV 9160 (VEC) |

**UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE**

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America notifies the Court of its intention to partially intervene in the above-referenced action with respect to Relator's claims against defendant Fulcrum Capital Holdings LLC, and its decision to decline to intervene with respect to Relator's claims against the other named defendants Matthew Hamilton, Timothy Horrigan, Fondaco SGR S.p.A., Compagnia di San Paolo, and Carac.

Dated: New York, New York
September 13, 2023

                        DAMIAN WILLIAMS
                        United States Attorney for the
                        Southern District of New York
                        *Attorney for the United States of America*

By:    */s/ Pierre G. Armand*
        PIERRE G. ARMAND
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.:   (212) 637- 2724
        Email: pierre.armand@usdoj.gov