UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CABOT SQUARE LLC,<br><br>                Plaintiff,<br><br>                v.<br><br>FULCRUM CAPITAL HOLDINGS LLC, MATTHEW HAMILTON, TIMOTHY HORRIGAN, FONDACO SGR S.P.A., COMPAGNIA DI SAN PAOLO, and CARAC,<br><br>                Defendants. | 18 Civ. 9160 (VEC) |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff-Intervenor,<br><br>                v.<br><br>FULCRUM CAPITAL HOLDINGS LLC,<br><br>                Defendant. | |

## JUDGMENT

Upon the consent of plaintiff the United States of America and defendant Fulcrum Capital Holdings LLC ("Fulcrum"), it is hereby

ORDERED, ADJUDGED and DECREED: that plaintiff the United States of America is awarded judgment in the amount of $2,511,084 against Fulcrum as well as post-judgment interest at the rate of 12% per annum compounded daily.

SO ORDERED.

*Valerie Caproni* (signature)

10/3/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE